STATE of Missouri, Respondent,

v.

Kelon A. STALLINGS, Appellant.

WD 78868

Missouri Court of Appeals,
Western District.

Order filed: May 23, 2017

Motion for Rehearing and/or Transfer
to Supreme Court Denied June
29, 2017

Richard A. Starnes, Jefferson City, for
Respondent.

S. Kate Webber, for Appellant.

Before Division One: Gary D. Witt,
Presiding Judge, Alok Ahuja, Judge and
Edward R. Ardini, Jr., Judge

## ORDER

PER CURIAM:

Kelon Stallings appeals his convictions
for second-degree felony murder, armed
criminal action, and attempted burglary in
the first degree following a jury trial in the
Circuit Court of Jackson County. Each
conviction was based on a theory of accom-
plice liability. On appeal, Stallings attacks
the sufficiency of the evidence supporting
each of his convictions and argues that the
trial court erred in denying his *Batson*
challenge. We find no error and affirm the
judgment. Because a published opinion
would have no precedential value, we have
instead provided a separate memorandum

of law to the parties explaining our ruling.
Rule 30.25(b).